**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LARY TOUSSAINT,

    Petitioner,

v.                                               CASE NO: 8:06-cv-97-T-26TBM

ALBERTO GONZALES, et al.,

    Respondents.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Respondents' Motion to Dismiss for Mootness (Dkt. 7) is granted. This case is dismissed without prejudice to Petitioner refiling his petition in the event he does not obtain the relief he seeks in his reopened proceedings before the immigration court. The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on March 21, 2006.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Petitioner, pro se